HONORABLE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>NELLO L. GRASSI,<br><br>　　　　　　　Defendant. | Case No. CR98-5242 RBL<br><br>ORDER |

THIS MATTER comes on before the above-entitled Court upon Defendant Nello L. Grassi's Motion to Terminate Supervision [Dkt. #278].

Having considered the entirety of the records and file herein, it is hereby

**ORDERED** that the motion is **DENIED**.

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 13th day of April, 2006.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1